UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE DUHAMEL,<br><br>                     Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                     Defendants. | CASE NO. 2:20-cv-00337-RSM-BAT<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

The parties, Plaintiff Jesse Duhamel and Defendants State of Washington, Washington State Department of Corrections, C. Shaw, Adelaide Horne, P. Christiansen, Julia Barnett, Lee Stemler, and Kevin Bovenkamp stipulate to the dismissal of Plaintiff's claims against Defendants Lee Stemler and Kevin Bovenkamp. Dkt. 12.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants Lee Stemler and Kevin Bovenkamp are **DISMISSED**.

DATED this 26th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION
OF DISMISSAL - 1