UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE DUHAMEL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:20-cv-00337-RSM-BAT<br><br>**ORDER AMENDING PRETRIAL SCHEDULE** |

Based on the parties' Stipulated Motion for Relief from Deadlines (Dkt. 14) and for good cause shown, it is ORDERED that the motion is **granted** and the following deadlines previously established by the Order Setting Pretrial Schedule (Dkt. 10) are amended as follows:

1) Discovery completed by **March 12, 2021**;

2) Dispositive motions deadline **March 26, 2021**;

3) Mediation (LCR 39.1) deadline **May 14, 2021**.

DATED this 18th day of February, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULE
- 1