1

2

3

4

5

6

HONORABLE RICARDO S. MARTINEZ
HONORABLE BRIAN A. TSUCHIDA

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JESSE DUHAMEL, an individual,

NO. 2:20-cv-00337

10

Plaintiff,

11

v.

12

STATE OF WASHINGTON, et al,

13

Defendants.

STIPULATED MOTION AND
ORDER DISMISSING CLAIMS
AGAINST DEFENDANT JULIA
BARNETT

NOTE FOR HEARING:  03/15/2021

14

15

COME NOW Plaintiff Jesse Duhamel, by and through counsel, and Defendants, by and

through counsel, and jointly stipulate and request the Court enter an Order as follows:

16

17

1.      Dismissing all of Plaintiff's claims against Defendant Julia Barnett, in their entirety,

with prejudice, and without fees or costs to any party.

18

STIPULATED TO this 15th day of March 2021.

19

20

CIVIL RIGHTS JUSTIC CENTER, PLLC

ROBERT W. FERGUSON
Attorney General

21

 s/ *Darryl Parker*

DARRYL PARKER, WSBA No. 30770

2150 N 107th St, Ste 520

Seattle, WA  98133

Tel:  206-557-7719

Email: dparker@civilrightsjusticecenter.com

Attorney for Plaintiff

 s/ *Scott M. Barbara*

SCOTT M. BARBARA, WSBA No. 20885

Assistant Attorney General

800 Fifth Ave, Ste 2000

Seattle, WA  98104

Tel:  206-389-2033

Email:  scott.barbara@atg.wa.gov

Attorneys for Defendants

22

23

24

25

26

STIPULATED MOTION AND ORDER
DISMISSING DEFENDANT JULIA
BARNETT
(C20-337-RSM-BAT)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1

<u>**O R D E R**</u>

2        It is ORDERED that Plaintiff's claims against Defendant Julia Barnett are DISMISSED, in

3  their entirety, with prejudice, and without fees or costs to any party.

4        DATED this 16th day of March, 2021.

5

6

7

8                          RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER
DISMISSING DEFENDANT JULIA
BARNETT
(C20-337-RSM-BAT)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record

on the date below as follows:

☐ US Mail Postage Prepaid via Consolidated Mail Service

☒ CM/ECF

☒ Email at the following addresses:

      DParker@civilrightsjusticecenter.com
      MGirma@civilrightsjusticecenter.com
      JHenderson@civilrightsjusticecenter.com

☐ State Campus Delivery

☐ Hand delivered by _____

DATED this 15th day of March, 2021.

         s/ *Scott M. Barbara*_____
        SCOTT M. BARBARA, WSBA #20885
        Assistant Attorney General
        Attorney for Defendants

STIPULATED MOTION AND ORDER
DISMISSING DEFENDANT JULIA
BARNETT
(C20-337-RSM-BAT)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352