UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE DUHAMEL,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | CASE NO. 2:20-cv-00337-RSM-BAT<br><br>**ORDER AMENDING PRETRIAL SCHEDULE** |

  Based on the parties' Stipulated Motion for Relief from Deadline (Dkt. 42) and for good cause shown, it is **ORDERED** that the motion is **granted** and the parties' Mediation Deadline, currently set for May 14, 2021, is continued until **June 11, 2021**.

  DATED this 29th day of April, 2021.

                 _____
                 BRIAN A. TSUCHIDA
                 Chief United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULE
- 1