UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE DUHAMEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al,<br><br>Defendants. | NO. 2:20-cv-00337<br><br>STIPULATED MOTION AND ORDER DISMISSING CLAIMS AGAINST DEFENDANTS WASHINGTON DEPARTMENT OF CORRECTIONS, C. SHAW, ADELAIDE HORNE, AND P. CHRISTIANSEN<br><br>NOTE FOR HEARING: 06/29/2021 |

COME NOW Plaintiff Jesse Duhamel, by and through counsel, and Defendants, by and through counsel, and jointly stipulate and request the Court enter an Order as follows:

1. Dismissing all of Plaintiff's claims against Defendants Washington Department of Corrections, C. Shaw, Adelaide Horne, and P. Christiansen, in their entirety, with prejudice, and without fees or costs to any party.

STIPULATED TO this 29th day of June 2021.

| | |
|---|---|
| CIVIL RIGHTS JUSTIC CENTER, PLLC<br><br> s/ *Darryl Parker*<br>DARRYL PARKER, WSBA No. 30770<br>2150 N 107th St, Ste 520<br>Seattle, WA 98133<br>Tel: 206-557-7719<br>Email: dparker@civilrightsjusticecenter.com<br>Attorney for Plaintiff | ROBERT W. FERGUSON<br>Attorney General<br><br> s/ *Scott M. Barbara*<br>SCOTT M. BARBARA, WSBA No. 20885<br>Assistant Attorney General<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104<br>Tel: 206-389-2033<br>Email: scott.barbara@atg.wa.gov<br>Attorneys for Defendants |

STIP MOT & [PROPOSED] ORDER
DISMISSING DEFS DOC, SHAW,
HORNE, & CHRISTIANSEN
(C20-337-RSM-BAT)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**O R D E R**

It is ORDERED that Plaintiff's claims against Defendants Washington Department of Corrections, C. Shaw, Adelaide Horne, and P. Christiansen are DISMISSED, in their entirety, with prejudice, and without fees or costs to any party.

DATED this 1st day of July, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIP MOT & [PROPOSED] ORDER
DISMISSING DEFS DOC, SHAW,
HORNE, & CHRISTIANSEN
(C20-337-RSM-BAT)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☐ US Mail Postage Prepaid via Consolidated Mail Service

☒ CM/ECF

☒ Email at the following addresses:

    DParker@civilrightsjusticecenter.com
    MGirma@civilrightsjusticecenter.com
    JHenderson@civilrightsjusticecenter.com

☐ State Campus Delivery

☐ Hand delivered by _____

DATED this 29th day of June, 2021.

               s/ *Scott M. Barbara*
               SCOTT M. BARBARA, WSBA #20885
               Assistant Attorney General
               Attorney for Defendants

STIP MOT & [PROPOSED] ORDER DISMISSING DEFS DOC, SHAW, HORNE, & CHRISTIANSEN (C20-337-RSM-BAT)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352