UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE DUHAMEL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | Case No. C20-337-RSM-BAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Defendants' Objections, and the remaining record, the Court agrees with Judge Tsuchida's findings that issues of fact preclude summary judgment on Plaintiff's negligence claim and that Plaintiff has met the applicable proximate cause standard to survive summary judgment. No party takes issue with the remainder of the Report and Recommendation. Accordingly, the Court ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation (Dkt. #44).

(2) Plaintiff's Motion for Partial Summary Judgment (Dkt. 18) is DENIED; State Defendants' Motion for Summary Judgment (Dkt. 24) is DENIED as to Plaintiff's negligence claim and GRANTED as to Plaintiff's Section 1983, ADA and Rehabilitation Act, and outrage claims.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 1st day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2