HONORABLE RICARDO S. MARTINEZ
HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE DUHAMEL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; et al.,<br><br>    Defendants. | NO. 2:20-cv-00337<br><br>STIPULATED JUDGMENT<br><br>NOTING DATE: July 23, 2021<br><br>**(Clerk's Action Required)** |

JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Jesse Duhamel |
| Judgment Creditor's Attorney: | Darryl Parker |
| Judgment Debtor: | State of Washington |
| Judgment Amount: | $22,500.00 |
| Pre-Judgment Interest: | $0.00 |
| Post-Judgment Interest: | $0.00 |
| Taxable Costs and Attorney Fees: | $0.00 |

THIS MATTER HAS COME ON regularly before the Court for entry of Judgment against Defendant State of Washington based upon the stipulation of the parties. Plaintiff, Jesse Duhamel, by and through his counsel, and Defendant State of Washington, by and through its counsel, have made a stipulation pursuant to RCW 4.92.150, without any admission of liability, settling and

STIPULATED [PROPOSED] JUDGMENT
(C20-337-RSM-BAT)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

compromising this action against the Defendant State of Washington and allowing for dismissal of this action, in its entirety, with prejudice.

HAVING CONSIDERED the pleadings and files in this case, including the separately entered dismissals, with prejudice, previously entered in favor of Defendants Washington State Department of Corrections, C. Shaw, Adelaide Horne, P. Christiansen, Julia Barnett, Lee Stemler, and Kevin Bovenkamp, the representations of counsel made through their signature below, and being otherwise fully advised in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff Jesse Duhamel shall have Judgment against the Defendant State of Washington for the total sum of TWENTY-TWO THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($22,500.00);

2. Plaintiff Jesse Duhamel shall not receive pre-judgment or post-judgment interest;

3. Neither party shall recover against the other party their respective attorneys' fees, costs, or interest thereon; and

4. Plaintiff Jesse Duhamel's counsel of record shall recover their attorneys' fees and costs in the matter from the Judgment Amount set forth above.

DATED THIS 29th day of July, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED [PROPOSED] JUDGMENT
(C20-337-RSM-BAT)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1     DATED THIS 23rd day of July, 2021.

2 Stipulated to and Jointly Presented By:

3 ROBERT W. FERGUSON
4 Attorney General                              CIVIL RIGHTS JUSTIC CENTER, PLLC

5  *s/ Scott M. Barbara*                  *s/ Darryl Parker*
6 Scott M. Barbara, WSBA No. 20885       DARRYL PARKER, WSBA No. 30770
   Assistant Attorney General                Attorney for Plaintiff
7 Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED [PROPOSED] JUDGMENT      3      ATTORNEY GENERAL OF WASHINGTON
(C20-337-RSM-BAT)                                             Torts Division
                                                                              800 Fifth Avenue, Suite 2000
                                                                              Seattle, WA 98104-3188
                                                                                    (206) 464-7352

# CERTIFICATE OF SERVICE

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

☐ US Mail Postage Prepaid via Consolidated Mail Service

☒ CM/ECF

☒ Email at the following addresses:

> DParker@civilrightsjusticecenter.com
> MGirma@civilrightsjusticecenter.com
> JHenderson@civilrightsjusticecenter.com

☐ State Campus Delivery

☐ Hand delivered by _____

DATED this 23rd day of July, 2021.

> *s/ Scott M. Barbara*
> SCOTT M. BARBARA, WSBA #20885
> Assistant Attorney General
> Attorney for Defendants